J, HERMON McLEAR, Appellant, *v.* JOSEPH BALMAT et al., Defendants, NORTHERN ORE COMPANY et al., Respondents, and SYLVIA LAKE COMPANY et al., Appellants.

*Appeal — motion for permission to withdraw appeal granted.*

*McLear v. Balmat*, 194 App. Div. 827, appeal withdrawn.
(Submitted May 31, 1921; decided June 7, 1921.)

MOTION for leave to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 31, 1921, which reversed an interlocutory judgment of Special Term in an action of partition and granting a new trial.

The motion was made upon the ground that there was no question involved that the Court of Appeals could review.

*Herbert G. McLear* for motion.

No one opposed.

Motion granted and appellants permitted to withdraw appeal on payment of costs.

———

ELMER G. STORY, Respondent, *v.* CHARLES L. CRAIG, as Comptroller of the City of New York, et al., Appellants.

(Submitted May 31, 1921; decided June 7, 1921.) ·

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 231 N. Y. 33.)